H. SINCLAIR KERR, JR. (61713)
MICHAEL NG (237915)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants
CON-FAB CALIFORNIA CORPORATION
BAY CITIES PAVING & GRADING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE FORT MILLER CO., INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CON-FAB CALIFORNIA CORPORATION, a California corporation; BAY CITIES PAVING & GRADING, INC., a California corporation,<br><br>Defendants. | Case No. C 11-05473 PSG<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO ANSWER COMPLAINT** |

Case No. C 11-05473 PSG                                                  [PROPOSED] ORDER

1  Pursuant to Civil Local Rule 6.1(a), Plaintiff and Defendant, by and through their
2 counsel, filed a joint stipulation on December 5, 2011 to extend time for Defendants Con-Fab
3 California Corporation and Bay Cities Paving & Grading, Inc. to file an answer to the Complaint.
4 The Court hereby accepts the parties' joint stipulation. The deadline for Defendants Con-Fab
5 California Corporation and Bay Cities Paving & Grading, Inc. to answer, move, or otherwise
6 respond to the Complaint is on or before January 20, 2012.

**IT IS SO ORDERED.**

DATED: December 13, 2011

_____
The Honorable
Judge Charles R. Breyer